IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JUSTIN MANGES,

    Petitioner,

 v.              Case No.  5D17-1076

STATE OF FLORIDA,

    Respondent.

_____/

Opinion filed May 5, 2017

Petition for Belated Appeal
A Case of Original Jurisdiction.

James S. Purdy, Public Defender, and
George D.E. Burden, Assistant Public
Defender, Daytona Beach, for Petitioner.

No Appearance for Respondent.


PER CURIAM.

   The petition for belated appeal is granted.  A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the August 16, 2016, judgment and sentence in Case No. 2015-CF-014670, in the Circuit Court in and for Orange County, Florida.  See Fla. R. App. P. 9.141(c)(6)(D).


   PETITION GRANTED.


TORPY and EDWARDS, JJ., and JACOBUS, B.W., Senior Judge, concur.